IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART SMITH,<br><br>          Plaintiff,<br><br>v.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY; ARIAS-DLABIK AGENCY LLC and DOES 1 through 10, inclusive and each of them,<br><br>          Defendants. | No. 2:22-cv-02345-GAM |

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Stewart Smith ("Plaintiff"), Defendant Arias-Dlabik Agency LLC ("Arias"), and Defendant American Income Life Insurance Company ("AIL"), by and through their undersigned counsel, hereby stipulate to dismissal with prejudice of the above-entitled action and all claims asserted by Plaintiff therein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The dismissal is with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any putative class members.  The Parties are to bear their own fees and costs.

| **POST & SCHELL, P.C.** | **STRASSBURGER MCKENNA GUTNICK & GEFSKY** | **LAW OFFICES OF TODD M. FRIEDMAN, PC** |
|---|---|---|
| By: */s/ Andrea M. Kirshenbaum*<br>Andrea M. Kirshenbaum<br>akirshenbaum@postschell.com<br>Four Penn Center<br>1600 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br><br>*Counsel for Defendant American Income Life Insurance Company* | By: */s/ Anthony J Judice*<br>Anthony J Judice<br>ajudice@smgglaw.com<br>444 Liberty Avenue,<br>Suite 2200<br>Pittsburgh, PA  15222<br><br>*Counsel for Defendant Arias-Dlabiak Agency LLC* | By: */s/ Todd M. Friedman*<br>Todd M. Friedman<br>tfriedman@toddflaw.com<br>21550 Oxnard Street,<br>Suite 780<br>Woodland Hills, CA  91367<br><br>*Counsel for Plaintiff* |

Dated:  November 11, 2022